**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MILLARD REDDEN TOUSSAINT**                                     **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 2:17-CV-43-KS-MTP**

**FORREST COUNTY, MISSISSIPPI,**
**et al.**                                                         **DEFENDANTS**

## ORDER

On June 20, 2017, Plaintiff ("Movant") filed his Motion to Amend [17]. Defendants ("Respondents") have until on or before **July 5, 2017**, to respond to these motions. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wises to file a rebuttal, they may do so on or before **July 12, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __26th____ day of June, 2017.

                                                           ___s/Keith Starrett_____
                                                           KEITH STARRETT
                                                           UNITED STATES DISTRICT JUDGE