IN THE UNITED STATES FEDERAL DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MILLARD REDDEN TOUSSAINT                    PLAINTIFF

VS.                              CIVIL ACTION NO. 2:17cv00043-KS-MTP

FORREST COUNTY, MISSISSIPPI,           DEFENDANTS
FORREST COUNTY SHERIFF'S DEPARTMENT,
FORREST COUNTY SHERIFF BILLY MCGEE,
JOHN DOES 1-3 INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES

## NOTICE OF JOINT DISMISSAL WITHOUT PREJUDICE

The Plaintiff and the Defendants hereby dismiss this case, without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. This motion is voluntarily made and is not based upon pressure or threats of any source whatsoever.

This the 4th day of July 2017.


*/s/ Tangi A. Carter*
Signature of Plaintiff's Counsel



*/s/ Will Allen*
Signature of Defendants' Counsel