I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal was sent via CMECF to:

Will Allen

On this the 5th day of July 2017.

<em>/s/ Tangi A. Carter</em>